1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   EFRIM RENTERIA, TALISHA                No.  2:16-cv-1685-MCE-AC
     RENTERIA,
12
                      Plaintiff,
13                                          **ORDER TO SEAL DOCUMENTS**

          v.
14
     SHINGLE SPRINGS BAND OF
15   MIWOK INDIANS, et al.,

16                    Defendants.

17

18        **I.      Purposes and Limitations**

19        Plaintiffs' Application for a Temporary Restraining Order and Preliminary

20   Injunction ("Application") and the supporting documents thereto contain private

21   information for which special protection from public disclosure and from use for any

22   purpose other than prosecuting this litigation is warranted.  Furthermore, it is likely that

23   further filings in this matter will contain additional sensitive information pertaining to

24   minors.  Such information should be guarded.

25        **II.     Scope**

26        Plaintiffs' unredacted First Amended Complaint, Application, the supporting

27   documents thereto, and any opposition to Plaintiffs' Application shall be filed under seal.

28   Any party may request that other documents be filed under seal in accordance with the

                                             1

1  Local Rules of the United States District Court for the Eastern District of California, Local

2  Rule 141.  The Court will consider further requests to seal documents on an individual

3  basis.

4      **III.    Duration**

5      Even after final disposition of this litigation, the obligations imposed by this Order

6  shall remain in effect until a court order otherwise directs.

7      **IV.    Access to and Use of Protected Material**

8      Only the parties and their attorneys may have remote electronic access or

9  physical access to any part of the case file, with the exception of the docket maintained

10  by the Court.

11      **V.    Conclusion**

12      The Clerk of Court is hereby directed to file Plaintiffs' Application and the

13  supporting documents thereto under seal.  Any opposition to Plaintiffs' Application shall

14  also be filed under seal.

15      IT IS SO ORDERED.

16  DATED:  July 22, 2016

17

18

19  _____

20      MORRISON C. ENGLAND, JR.
       UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

2