UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| EFRIM RENTERIA and TALISHA RENTERIA,<br><br>          Plaintiffs,<br><br>vs.<br><br>SHINGLE SPRINGS BAND OF MIWOK INDIANS; SHINGLE SPRINGS BAND OF MIWOK INDIANS TRIBAL COUNCIL; CHRISTINE WILLIAMS, in her official capacity as Judge of the Shingle Springs Band of Miwok Indians Tribal Court;<br>REGINA CUELLAR, in her official capacity as a member of the Shingle Springs Band of Miwok Indians Tribal Council, and<br>individually as party in interest seeking guardianship of the minors,<br><br>          Defendants. | **Case No.:  16-cv-01685-MCE-AC**<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

1  GOOD CAUSE HAVING BEEN SHOWN, Defendants' *Ex Parte* Application
2 For Extension Of Time To File Responsive Pleading To Plaintiffs' Motion For
3 Preliminary Injunction (ECF No. 21) is GRANTED.  Accordingly, Defendants' response
4 shall be filed by August 16, 2016, and Plaintiffs' reply, if any, shall be filed by August
5 23, 2016.
6  IT IS FURTHER ORDERED that the July 28, 2016, hearing on Plaintiffs'
7 Motion for Preliminary Injunction (ECF No. 8) is vacated and continued to
8 August 29, 2016, at 10:00 a.m., in Courtroom 7.  Pursuant to Defendants' grant of
9 consent (ECF No. 21-1 at ¶ 14), the Temporary Restraining Order currently in effect
10 (ECF No. 19) shall remain in force until the conclusion of the hearing on Plaintiffs'
11 Motion for Preliminary Injunction.
12  IT IS SO ORDERED.
13 DATED:  July 27, 2016

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE