Jeff Reich—067250
Shane Reich—222948
**THE REICH LAW FIRM**
8441 N. Millbrook, Suite 104
Fresno, CA 93720
—
559-440-1191
Fax: (559) 432-9092

Attorney for Plaintiffs EFRIM RENTERIA and TALISHA RENTERIA

(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| EFRIM RENTERIA, TALISHA RENTERIA, <br><br> Plaintiffs, <br><br> v. <br><br> SHINGLE SPRINGS BAND OF MIWOK INDIANS, et al., <br><br> Defendants. | Case No.:  2:16-cv-01685-MCF-AC <br><br> ORDER GRANTING APPLICATIONS TO VIEW SEALED DOCUMENTS |

GOOD CAUSE HAVING BEEN SHOWN, Plaintiffs' Application to View Sealed Documents (ECF No. 33) and Defendant Regina Cuellar's Application for Viewing Sealed Documents (ECF No. 29) are hereby GRANTED. Accordingly, Plaintiffs and their counsel of record and Defendant Regina Cuellar and her counsel of record shall have immediate electronic access to sealed documents filed in this case subject to the conditions set forth in Order to Seal Documents dated July 22, 2016 (ECF No. 6).

IT IS FURTHER ORDERED that Defendants shall immediately electronically transfer to Plaintiffs' counsel unredacted copies of all pleadings they have filed in this case, and that Plaintiffs shall immediately electronically transfer to Defendant Regina Cuellar's counsel of record unredacted copies of all pleadings they have filed in this case.

IT IS SO ORDERED.
Dated:  August 19, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE