AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

EASTERN District of CALIFORNIA

EFRIM RENTERIA, et al,
                Plaintiff (s),

V.

SHINGLE SPRINGS BAND OF MIWOK INDIANS
                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:16-cv-1685-MCE-AC

Notice is hereby given that, subject to approval by the court, __Plaintiffs Efrim and Talisha Renteria__ substitutes
(Party (s) Name)

__Charles K. Manock__, State Bar No. __161633__ as counsel of record in
(Name of New Attorney)

place of __Jeff Reich and Shane Reich__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | MANOCK LAW |
| Address: | 448 West Shaw Avenue, Fresno, CA 93704 |
| Telephone: | (559) 696-4397     Facsimile (559) 422-5163 |
| E-Mail (Optional): | cmanock@manocklaw.com |

I consent to the above substitution.
Date: 9/17/2016
(Signature of Party (s))

I consent to being substituted.
Date: 9/19/2016
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 9/19/2016
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____
                              Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]