1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   EFRIM RENTERIA and TALISHA              No.  2:16-cv-01685-MCE-AC
     RENTERIA,
12
                    Plaintiff,
13                                           **ORDER**

         v.
14
     REGINA CUELLAR,
15
                    Defendant.
16

17        On November 28, 2016, Plaintiffs Efrim and Talisha Renteria filed a transcript of a

18   state court guardianship proceeding along with a Request for Judicial Notice.  ECF

19   No. 87.  That transcript identified minors who are at the center of this lawsuit by name.

20   In response, Defendant Regina Cuellar filed a Request for Striking and Removing that

21   transcript.  ECF No. 88.  Plaintiffs then filed a redacted version of the transcript and a

22   Request to Seal the unredacted version.  ECF Nos. 91–92.

23        The proper procedure is not to place the unredacted version under seal, but to

24   strike it from the record.  See CBS, Inc. v. United States Dist. Court, 765 F.2d 823, 825–

25   26 (9th Cir. 1985) (concluding that an "improvidently filed" document "should be removed

26   from the record").  Under Local Rule 140(a)(i), the minors' names should have been

27   redacted from the document, and thus the unredacted transcript was improvidently filed.

28   ///

                                               1

1    Accordingly, it is hereby ORDERED that the Clerk of the Court shall permanently

2  remove and delete Exhibit A to Plaintiffs' Request for Judicial Notice.  ECF No. 87-1.

3    IT IS SO ORDERED.

4  Dated:  November 29, 2016

5

6  MORRISON C. ENGLAND, JR
   UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2