**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
1024 IRON POINT ROAD
FOLSOM, CALIFORNIA 95630
TELEPHONE: (916) 357-6701
FAX: (916) 920-7951
E mail: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
REGINA CUELLAR, individually as
party in interest seeking guardianship
of the minors

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| EFRIM RENTERIA, TALISHA RENTERIA<br><br>Plaintiffs,<br><br>v.<br><br>REGINA CUELLAR, individually as party in interest seeking guardianship of the minors, et al.,<br><br>DEFENDANTS. | Case No.: 2:16-cv-1685- MCE-AC<br><br>**ORDER**<br>FOR SEALING OF THE OFFICIAL REQUEST AND THE DECLARATION OF JAMES R. GREINER IN SUPPORT OF THE MOTION TO UNSEAL |

In connection with Defendant's Notice of Request to Seal (ECF No. 103), the Court has reviewed the docket as a whole as well as Defendant's Official Request to Seal (1) the Declaration of James R. Greiner in support of the Motion to Unseal Certain Documents, and (2) the Request to Seal itself. Upon review the Court finds good cause to order that the following documents be sealed:

///

1

(1) The Official Request to Seal; and

(2) The Declaration of James R. Greiner in Support of the Unopposed Motion to Unseal Certain Documents.

(3) Both documents are to remain under seal unless and until there is a further Order from this Court.

IT IS SO ORDERED.

Dated: August 28, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE